UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DULCE SANTOS,
                                  Plaintiff,

                        -against-

UNITED STATES OF AMERICA,
                                Defendant.
------------------------------------------------------------X

24 Civ. 9887 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated January 3, 2025, required the parties to file a proposed case management plan and joint letter by February 11, 2025;

    WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

    WHEREAS, the parties failed to submit timely the joint letter or proposed case management plan; it is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 18, 2025**, at **noon**. If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **February 18, 2025**, at **noon**.

    **ORDERED** that the initial pretrial conference scheduled for February 19, 2025, is adjourned to **March 18, at 4:00 P.M.** The conference will be held IN PERSON at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106 before Judge Lorna G. Schofield. If lead counsel for any party is

located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.

Dated: February 12, 2025
      New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE