UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DULCE SANTOS,
                            Plaintiff,

                    -against-

UNITED STATES OF AMERICA,
                            Defendant.
------------------------------------------------------------- X

24 Civ. 9887 (LGS)

**<u>ORDER</u>**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on June 10, 2025, the parties filed a joint proposed case management plan which indicates that all parties consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial;

    WHEREAS, the parties are currently scheduled for an initial pretrial conference before the Court on June 17, 2025, at 3:00 P.M.  It is hereby

    **ORDERED** that, by **June 13, 2025**, the parties shall jointly file a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, if they still consent to conducting all further proceedings before a Magistrate Judge, at which point the initial pretrial conference before the Court will be canceled and an order issued referring the case to a Magistrate Judge; except that if the parties no longer consent to conduct all further proceedings before a Magistrate Judge, they shall file a revised proposed case management plan by **June 13, 2025**.

Dated: June 11, 2025
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE