UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DULCE SANTOS,

                       Plaintiff,

-against-

UNITED STATES OF AMERICA,

                       Defendant.

-----------------------------------------------------------------X

24-CV-9887 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 30, 2025, Defendant filed a motion to dismiss. ECF No. 27. Plaintiff has not filed an opposition to the motion. If Plaintiff fails to file an opposition by **August 5, 2025**, the Court will consider the pending motion to dismiss fully briefed and unopposed.

    **SO ORDERED.**

DATED:    New York, New York
                 July 22, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge