**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DULCE SANTOS,

                         Plaintiff,

       -against-                                  24 **CIVIL** 9887 (VF)

                                              **JUDGMENT**

UNITED STATES OF AMERICA,

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 19, 2026, the Government's motion to dismiss is GRANTED and Plaintiff's complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      February 24, 2026

                                        TAMMI M. HELLWIG
                                       _____
                                         Clerk of Court

                  BY:

                                         Deputy Clerk